UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| LEONARD PEIKOFF, individually and as Executor of the Estate of Ayn Rand, THE AYN RAND INSTITUTE and PENGUIN BOOKS U.S.A., INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LAISSEZ FAIRE CITY INTERNATIONAL TRUST and MIKHAIL LARGIN, as Trustee, <br><br> Defendants. | CASE NO. 96-7135-CIV-ZLOCH <br> MAGISTRATE BARRY SELTZER <br><br> **PLAINTIFFS' MOTION FOR PERMISSION TO FURNISH COURT WITH COPIES OF CORRESPONDENCE BETWEEN OR AMONG COUNSEL, OR ANY PARTY REPRESENTED BY AN ATTORNEY, AND INCORPORATED MEMORANDUM OF LAW** |

Plaintiffs, Leonard Peikoff, The Ayn Rand Institute and Penguin Books U.S.A., Inc., pursuant to Local Rule 7.1A of the U.S. District Court for the Southern District of Florida, respectfully requests this Court's entry of an Order permitting them to furnish the Court with copies of correspondence between or among counsel, or any party represented by an attorney. Plaintiffs seek such permission so that they will be able to show the Court correspondence which supports the fact that the defendants in this action are presently purposefully concealing their whereabouts in order to avoid service of process in this action. The Court has ordered that plaintiffs shall have until March 13, 1997 to effectuate service upon defendants.

38997.1

Case No. 96-7135-Civ-Zloch
Notice of Filing

## STATEMENT OF THE FACTS

On January 31, 1997 this Court issued a sua sponte Order to Show Cause requiring plaintiffs to demonstrate service of process in this action upon defendants had been properly effectuated. Plaintiffs submitted a response which included an affidavit and a supporting memorandum of law. On February 14, 1997 the Court ordered that plaintiffs effectuate service upon defendants no later than March 13, 1997.

## ARGUMENT

Local Rule 7.7 of the U.S. District Court for the Southern District of Florida provides:

> "Unless invited or directed by the presiding judge, attorneys and any party represented by an attorney shall not:
>
> (b) ... furnish the Court with copies of correspondence between or among counsel, or any party represented by an attorney."

Plaintiffs seek permission to furnish the Court with copies of correspondence which show that defendants received a cease and desist letter sent to their Florida address in August 1995 by plaintiffs' counsel, that defendants had their counsel respond to the letter and engage in settlement negotiations with plaintiffs, and that at the end of January 1997, with no settlement having been reached, defendants' counsel suddenly advised that defendants were "no longer" transacting business in Florida.

Further, defendants' counsel advised plaintiffs that defendants could be reached through the Florida address.

This correspondence will support plaintiffs' contention that defendants have full knowledge of this action and are actively concealing their whereabouts to avoid service of process upon them. When a defendant engages in such active avoidance, plaintiff is entitled to employ substitute service of process and is excused from the requirement of filing defendant's return receipt with the Court provided plaintiff demonstrates due diligence in attempting to locate defendant. Robb v. Picarelli, 319 So. 2d 645 (Fla. 3d DCA 1975).

## CONCLUSION

For the foregoing reasons, plaintiffs respectfully request permission to furnish the Court with copies of correspondence between counsel for the parties to this action and between defendants and plaintiffs' counsel.

Dated: New York, New York
       March __, 1997

                KAY COLLYER & BOOSE LLP

By: *Marcia B. Paul*
    Marcia B. Paul (MBP-8427)
    One Dag Hammarskjold Plaza
    New York, New York  10017
    (212) 940-8285

                ECKERT SEAMANS CHERIN & MELLOT

By: _____
    Anthony J. Carriuolo
    Florida Bar No. 434541
    Alan D. Danz
    Florida Bar No. 948934
    Las Olas Centre, 8th Floor
    450 East Las Olas Boulevard
    Fort Lauderdale, FL 33301
    (954) 523-0400

    Attorneys for Plaintiffs Leonard Peikoff, The Ayn Rand Institute and Penguin Books

4