UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-7135-CIV-ZLOCH

LEONARD PEIKOFF, THE AYN RAND
INSTITUTE and PENGUIN BOOKS,

    Plaintiffs,

vs.

LAISSEZ FAIRE CITY INTERNATIONAL
TRUST and MIKHAIL LARGIN,

    Defendants.
_____/

**O R D E R**

FILED by ____ D.C.

AUG 25 1997

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon the Plaintiffs, Leonard Peikoff, The Ayn Rand Institute and Penguin Books' Response to This Court's July 31, 1997 <u>Sua Sponte</u> Order To Show Cause (DE 19) bearing file stamp of the Clerk of this Court dated August 8, 1997. The Court having carefully considered the merits of said Response, having reviewed the entire Court file herein, and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

    1.   The Court hereby deems that the Plaintiffs, Leonard Peikoff, The Ayn Rand Institute and Penguin Books have properly effected service of process upon the Defendant, Laissez Faire City International Trust; and

    2.   On or before September 5, 1997, the Plaintiffs, Leonard Peikoff, The Ayn Rand Institute and Penguin Books, shall file the return receipt as to Defendant Mikhail Largin with the Clerk of the United States District Court for the Southern District of

Florida. Upon the failure of the Plaintiffs, Leonard Peikoff, The Ayn Rand Institute and Penguin Books, to comply with this Court's Order, the Court will dismiss the Defendant, Mikhail Largin, without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 25th day of August, 1997.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Alan D. Danz, Esq.
Eckert Seamans Cherin & Mellot
Suite 800
450 Los Olas Boulevard
Fort Lauderdale, FL 33301

William H. Crosby, Jr., Esq.
Kay Collyer & Boose LLP
One Dag Hammarskjold Plaza
New York, NY 10017

Henry W. Walther, Esq.
Deering, Walther & Sands
Third Floor
2530 Wilshire Boulevard
Santa Monica, California 90403